USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

LAW OFFICE OF
**JESSE M. SIEGEL**
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

**BY ECF**

Hon. Mary Kay Vyskocil, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

> DENIED without prejudice to renewal. Absent a written waiver, Defendants must be physically present at their arraignment. Moreover, the Court will permit telephonic appearances by counsel only if a Defendant submits a waiver of appearance in compliance with Rule 10(b) of the Federal Rules of Criminal Procedure. With respect to the alternative request to adjourn the arraignment, the Court is willing to adjourn the arraignment to a future date if the Defendants agree to exclude for Speedy Trial Act purposes the time until the adjourned date for arraignment.
>
> Date: 3/19/2020
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

*United States v. Izhaki & Lebowitz*, 20 Cr. 161 (MKV).

Dear Judge Vyskocil:

I represent Ashley Lebowitz, defendant in the above matter. In addition, Richard Lind, Esq., counsel to defendant Sarah Izhaki, wrote the Court yesterday, requesting that I be permitted to stand in for him at the conference scheduled for Monday, March 23rd, at 3:00 p.m. I will do so if the Court grants the application.

In light of the coronavirus pandemic, and the advice of public health experts to minimize public exposure and social contacts, I request the conference either be adjourned, or that the defendants be excused from appearing and counsel permitted to appear by teleconference. Both defendants and I live outside New York City, and none of us have any reason to travel to New York on Monday other than the court conference.

Should the Court adjourn the conference, I agree on behalf of both defendants that the additional delay until the next conference should not be counted for speedy trial purposes.

I have spoken with A.U.S.A. Sarah Mortazavi, who consents to this application.

Thank you for your attention.

Very truly yours,

/s/
Jesse M. Siegel