USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

LAW OFFICE OF
# JESSE M. SIEGEL

The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

March 20, 2020

> GRANTED. The arraignment and conference is adjourned to Thursday, May 28, 2020 at 11:00AM. With the agreement of the government and the Defendants, the time until the May 28, 2020 arraignment and conference is excluded for the purposes of the Speedy Trial Act.
> SO ORDERED
> Date: 3/20/2020
> New York, New York
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

**BY ECF**

Hon. Mary Kay Vyskocil, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

*United States v. Izhaki & Lebowitz*, 20 Cr. 161 (MKV).

Dear Judge Vyskocil:

    I represent Ashley Lebowitz, a defendant in the above matter. I write on behalf of myself and my client, as well as Richard B. Lind, Esq., and his client, Sarah Izhaki, in response to the Court's March 19th denial without prejudice of my previous application.

    We request that the arraignment and status conference currently scheduled for March 23rd at 3:00 p.m. be adjourned to a date convenient for the Court in May. Both defendants agree that the time until the arraignment and conference should be excluded for purposes of the Speedy Trial Act.

    Both counsel and both clients are currently located outside New York City, which has the highest number of coronavirus cases in the country. We are all trying to follow the advice of public health experts to minimize exposure. Speaking for myself, my pregnant daughter's due date is April 25th, and I am intending to shelter at home as much as possible in the weeks before then so as to be available.

    I have spoken with A.U.S.A. Sarah Mortazavi, and the government consents to this request. Moreover, the government will provide discovery to counsel in the interim, so the case will not be delayed.

    Thank you for your attention to this application.

    Very truly yours,
    /s
    Jesse M. Siegel