UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Ashley Lebowitz ,
                Defendant(s).
------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20̶ -CR- 1̶6̶1̶ (MK̶V̶)
___-CR-_____(___)

Defendant __Ashley Lebowitz_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____/s/ Ashley Lebowitz_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Ashley Lebowitz__
Print Defendant's Name

_____/s/ Jesse M. Siegel_____
Defense Counsel's Signature

__Jesse M. Siegel__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__12/14/2020__
Date

_____/s/ Mary Kay Vyskocil_____
U.S. District Judge/U.S. Magistrate Judge