UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :      NOLLE PROSEQUI
                                      :
        - v. -                        :      20 Cr. 161 (MKV)
                                      :
ASHLEY LEBOWITZ,                      :
                                      :
                    Defendant.        :
                                      :
- - - - - - - - - - - - - - - - - - -x

     1.    The filing of this *nolle prosequi* will dispose of this case with respect to defendant ASHLEY LEBOWITZ.

     2.    On February 26, 2020, a felony indictment was issued by a grand jury sitting in this District, in which LEBOWITZ was accused of committing an offense against the United States, to wit, conspiracy to commit misbranding and drug adulteration, in violation of Title 18, United States Code, Section 371, and Title 21, United States Code, Sections 331 and 332(a)(2).

     3.    In connection with resolving the charge contained in the Indictment, the defendant and the Government presented to the Court a Deferred Prosecution Agreement executed by both parties on or about November 23, 2020 (the "Agreement"). Pursuant to the Agreement, as endorsed by the Court on or about December 14, 2020, prosecution on the Indictment was to be deferred for a period of one year, and the Government would move

to dismiss the Indictment within 30 days of the completion of the deferred prosecution period, as long as the defendant complied with her obligations under the Agreement.   On December 14, 2020, the Court excluded time under the Speedy Trial Act until December 14, 2021.

       4.   The Government, upon consultation with a representative of Pretrial Services, has determined that defendant ASHLEY LEBOWITZ, has complied with her obligations under the Agreement during the deferred prosecution period, and, therefore, will not now proceed with the prosecution of the defendant.

       5.   In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant ASHLEY LEBOWITZ, with respect to Indictment 20 Cr. 161 (MKV).

_____
Andrew C. Adams
Assistant United States Attorney

Dated:    New York, New York
          December 14, 2021

2

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant ASHLEY LEBOWITZ, with respect to Indictment 20 Cr. 161 (MKV).

_____
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated:    New York, New York
          December 14 , 2021


SO ORDERED:


_____
HON. MARY KAY VYSKOCIL
United States District Judge
Southern District of New York

Dated:    New York, New York
                  , 2021

3